MORTGAGE GUARANTEE COMPANY, respondent,

*v.*

ATLANTIC CITY JEWISH COMMUNITY CENTER et al.,
appellants.

[Decided October 2d, 1936.]

*Messrs. Bolte, Tripician & Miller,* for the respondent.

*Mr. Morris Bloom,* for the appellants.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinions filed in the court below by Vice-Chancellor Sooy, and printed in *14 N. J. Mis. R. 1; 181 Atl. Rep. 700.*

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, HEHER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 10.

*For reversal*—None.